IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALEX PERRY NEAL, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:19-CV-2908-N-BH |
| | ) |
| ROBERT D. BURNS, III, | ) |
| Chief Justice, | ) |
| | ) |
| Defendant. | ) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, the plaintiff's alternative claims for monetary damages against the State of Texas and the Chief Justice in his official capacity will be **DISMISSED** without prejudice under the Eleventh Amendment, and the remainder of his claims will be **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B) as frivolous or for failure to state a claim upon which relief may be granted.

**SIGNED this 27th day of January, 2023.**

DAVID C. GODBEY
CHIEF JUDGE